IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA ALANIS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PFIZER, INC., et al.,**<br><br>Defendants. | 1:14-cv-00365 LJO MJS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION TO STAY AND TO DENY WITHOUT PREJUDICE PLAINTIFFS' MOTION TO REMAND**<br><br>**(Doc. Nos. 8, 13, 20)** |

On May 1, 2014, the Magistrate Judge issued Findings and Recommendation that Defendant's motion to stay be granted and Plaintiffs' motion to remand be denied without prejudice.

These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) court days of the date of service of the order. Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Finding and Recommendations issued May 1, 2014, are ADOPTED IN FULL;
2. Defendant's motion to stay is GRANTED;
3. Plaintiffs' motion to remand is DENIED without prejudice;
4. The matter is hereby stayed; and
5. Defendant Pfizer is hereby directed to file quarterly status reports regarding the transfer to the MDL Court starting on July 1, 2014, and every three months thereafter.

IT IS SO ORDERED.

Dated:  **May 27, 2014**                             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE